AO 442 (Rev. 12/05) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF VIRGINIA

05-0571M-01

UNITED STATES OF AMERICA

V.

JAMES MARTIN TYLER, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 1:05mj777

FILED
NOV 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES MARTIN TYLER, JR.
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly receiving or possessing a firearm not registered to him in the National Firearms Registration and Transfer Record

in violation of Title __26__ United States Code, Section(s) __5861(d)__

Honorable Theresa Carroll Buchanan — (United States Magistrate Judge)

Signature of Issuing Officer — Alexandria, Va 10/18/05
                                  Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at United States Marshal Service 333 Constitution Ave, NW Washington DC 2001

| DATE RECEIVED 10/18/05 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/01/05 | | |

NOV 01 '05 12:50                                7032742060                PAGE.03