IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Case 1:05mj777 |
| ) | |
| JAMES MARTIN TYLER, JR., ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jeffrey L. Clark, being duly sworn, depose and state as follows:

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Washington, DC. I have been so employed for approximately one year. Prior to my employment with ATF, I was a police officer for 13 years with the Chesterfield County Police Department in Chesterfield, Virginia. I was assigned as a Vice and Narcotics Detective from 1998 through 2004. I have participated in numerous search and arrest warrants involving the illegal distribution of narcotics as well as the illegal possession of narcotics and firearms.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging JAMES MARTIN TYLER, JR. with possessing a firearm which is not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

3. The facts and information contained in this affidavit are based upon my personal knowledge as well as observations of other law enforcement officers involved in this

investigation. All observations not personally made by me were related to me by the person who made the observation. This application contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4. On August 20, 2005, in Fairfax County, Virginia, within the Eastern District of Virginia, Fairfax County Police Officer Susan E. Stolting encountered the defendant while investigating a vehicle with stolen license plates parked in front of the Alexandria Motel in the The vehicle in question was a 1994 Nissan Maxima, four door, white in color, with Maryland license plates Officer Stolting and Fairfax County Police Officer David J. Duffett knocked on the door of the motel room in front of which the vehicle was parked. JAMES MARTIN TYLER, Jr., answered the door and advised Officer Stolting that the vehicle was his and that he had purchased it approximately three to four days earlier in Washington, D.C. TYLER gave consent for a search of the vehicle. Officers Stolting and Duffett first searched the passenger compartment of the vehicle and nothing was located. Officer Stolting then asked TYLER if there was anything illegal in the trunk of the vehicle. TYLER answered, "no." Officer Stolting then asked for consent to search the trunk of the vehicle and TYLER gave consent. TYLER then assisted Officer Stolting in opening the trunk of the vehicle. As Officer Duffett reached for a piece of luggage on the right side of the trunk, TYLER stated, "there's something inside there." Inside the luggage the officers discovered a short-barreled shotgun, with action open, on top of a pillow. The shotgun is a Western Field Montgomery Ward, model number  erial number  twelve gauge. Two twelve-gauge rounds of ammunition were also located in the same piece of luggage. No rounds were in the shotgun. Also in the trunk of the Nissan was a tool bag containing two rubber

gloves, several small baggies, two razor blades with white residue on them, and two bags that contained a white residue.

5. On August 20, 2005, Fairfax County Police Detective Kevin Clarke and ATF Special Agent Leonard Codispot interviewed TYLER at the Fairfax County Adult Detention Center. TYLER was read his Miranda Warnings. TYLER stated that he understood his rights, signed a waiver of rights, and agreed to speak to Detective Clarke and Special Agent Codispot. TYLER stated that he came into possession of the sawed-off shotgun on August 19, 2005. TYLER stated that on August 19, 2005, he was in a park in Washington, D.C. and saw two young men running around with the firearm, pointing it at people. TYLER stated that he saw the young men place the firearm under a bush, and when the young men left the area, TYLER took the firearm and placed it into the trunk of his automobile. TYLER further stated that the crack cocaine found in the tool bag in the trunk was not his. TYLER stated that he hasn't used crack cocaine for a while. TYLER stated that the tools in the trunk do belong to him and that he doesn't know how the crack cocaine got into his trunk with his tools.

6. On August 20, 2005, Detective Clarke and Special Agent Codispot measured the firearm. The firearm barrel is approximately fifteen and one-half inches long, and the overall length of the firearm is twenty-seven and one-half inches long.

7. On September 21, 2005, I requested a records check on JAMES MARTIN TYLER, JR. through the National Firearms Registration and Transfer Record (NFA Branch). A records check from the NFA Branch on September 26, 2005, shows that no firearms were found to be registered to TYLER. In addition, the Western Field Montgomery Ward twelve-gauge shotgun, model number M550AL, serial numbe          not registered to anyone in the NFA registry.

3

8. Based on the above, there is probable cause to believe that on or about August 20, 2005, in Fairfax, Virginia, within the Eastern District of Virginia, TYLER possessed a firearm which is not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

Jeffrey L. Clark
Special Agent, ATF
Washington, DC

Sworn to and subscribed to by me this day, the 18 of October 2005.

The Honorable Theresa C. Buchanan
United States Magistrate Judge